AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, AMIGOS BRAVOS, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, and SIERRA CLUB, <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, UNITED STATES FOREST SERVICE, and TOM VILSACK, in his official capacity as U.S. Secretary of Agriculture, <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-00376-GJF-WPL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Bureau of Land Management
Department of the Interior
1849 C. Street NW, Rm. 5665
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
tisdel@westernlaw.org

Samantha Ruscavage-Barz
WildEarth Guardians
516 Alto Street
Santa Fe, New Mexico 87501
sruscavagebarz@wildearthguardians.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Wednesday, May 04, 2016

Inez Mares

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-00376-GJF-WPL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. Bureau of Land Management__
was received by me on *(date)* __05/04/2016__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Sent via U.S. Postal Service first class, certified mail, return receipt requested on 05/05/2016. Service was completed by delivery to the above named agency on 05/10/2016. See attached receipts.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __06/08/2016__

_____
Server's signature

__Dina M. Gonzales, Administrative Coordinator__
Printed name and title

__208 Paseo del Pueblo Sur, #602__
__Taos, NM 87571__
Server's address

Additional information regarding attempted service, etc:



