IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN JUAN CITIZENS ALLIANCE et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) No. 1:16-cv-00376-MCA/WPL <br> ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

### **ORDER**

THIS MATTER came before the Court on Defendants' Unopposed Motion to Amend the Briefing Schedule. The Court finds the Motion is well-taken, and therefore GRANTS it.

IT IS HEREBY ORDERED that:

1. Defendants shall lodge a corrected administrative record with the Court, and shall mail a copy to Plaintiffs, on or before October 21, 2016.

2. On or before November 4, 2016, Plaintiffs will file any motions challenging the content or sufficiency of the administrative record based on their September 29, 2016 objections to the record that Plaintiffs believe were not adequately addressed by Defendants in the corrected administrative record. Any motion challenging the content or sufficiency of the administrative record filed pursuant to this paragraph will have the effect of staying the schedule for briefing Plaintiffs' Opening Brief set forth below until the motion challenging the content or sufficiency of the final administrative record is resolved.

3. Plaintiffs shall file their Opening Brief on or before November 18, 2016.

4. Defendants shall file their Response Brief on or before December 23, 2016.

5. Plaintiffs shall file their Reply Brief on or before January 20, 2016.

6. The length of the parties' briefs on the merits shall be governed by the Federal Rules of Appellate Procedure.

IT IS HEREBY ORDERED.

_____
The Honorable William P. Lynch
United States Magistrate Judge


Approved by:

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Clare M. Boronow*
CLARE M. BORONOW
Trial Attorney, Admitted to the Maryland Bar
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0492
Fax: (202) 305-0506
clare.boronow@usdoj.gov

*Counsel for Defendants*

/s/ *Kyle J. Tisdel*
Kyle J. Tisdel
tisdel@westernlaw.org

WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050

(f) 575.751.1775

/s/ *Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz
sruscavagebarz@wildearthguardians.org

WILDEARTH GUARDIANS
516 Alto Street
Santa Fe, NM 87501
(p) 505.401.4180
(f) 505.213.1895

*Counsel for Plaintiffs*