**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 26, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Ms. Clare Marie Boronow
United States Department of Justice
Environment and Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Ms. Rebecca Jaffe
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Emily A. Polachek
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044

Samantha Ruscavage-Barz
WildEarth Guardians
516 Alto Street
Santa Fe, NM 87501

Mr. Kyle J. Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, NM 87571

**RE:**   **18-2119, San Juan Citizens Alliance, et al v. United States BLM, et al**
  Dist/Ag docket: 1:16-CV-00376-MCA-JHR

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/lab

2